UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIM NO. 3:00CR227(SRU) |
| VS. | |
| BENITO ROSARIO | JULY 5, 2006 |

**APPEARANCE**

TO THE CLERK OF THE COURT

    Please enter my appearance on behalf of the following defendant:

BENITO ROSARIO

THE DEFENDANT
BENITO ROSARIO

BY_____
JONATHAN J. EINHORN, ESQ.
412 ORANGE STREET
NEW HAVEN, CT  06511
TEL NO. (203) 777-3777
CT BAR 00163

**CERTIFICATION**

    This is to certify that a copy of the foregoing was mailed, postage prepaid this 5TH day of July, 2006 to: Alex V. Hernandez, Esq., and  Alina P. Marquez, Esq., Assistant U.S. Attorneys, 157 Church Street, New Haven,  CT 06508.

_____
JONATHAN J. EINHORN